UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Brian Keith Umphress**, <br><br> Plaintiff, <br><br> v. <br><br> **David C. Hall**, et al., <br><br> Defendants. | Case No. 4:20-cv-00253-P |

## NOTICE OF APPEAL

Plaintiffs Brian Keith Umphress appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on November 10, 2020 (ECF No. 39), along with the amended memorandum opinion and order entered on November 12, 2020 (ECF No. 40), and the memorandum opinion and order entered on November 10, 2020 (ECF No. 38).

Respectfully submitted.

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: December 8, 2020

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on December 8, 2020, I served this document through CM/ECF upon:

John J. McKetta III
Graves, Daugherty, Hearon & Moody
401 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 480-5616 (phone)
(512) 480-5816 (fax)
mmcketta@gdhm.com

Roland K. Johnson
Harris Finley & Bogle, P.C.
777 Main Street, Suite 1800
Fort Worth, Texas 76102
(817) 870-8765 (phone)
(817) 333-1199 (fax)
rolandjohnson@hfblaw.com

David Schleicher
Schleicher Law Firm, PLLC
1227 North Valley Mills Drive, Suite 208
Waco, Texas 76712
(254) 776-3939 (phone)
(254) 776-4001 (fax)
david@gov.law

*Counsel for Defendants*

                                                         /s/ Jonathan F. Mitchell
                                                         Jonathan F. Mitchell
                                                         *Counsel for Plaintiff*