**RECEIVED**
**By TamaraEllis at 1:11 pm, Jan 04, 2021**

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 28, 2020

Mr. Charles William Fillmore
Fillmore Law Firm, L.L.P.
201 Main Street
Suite 801
Fort Worth, TX 76102

Mr. Hartson Dustin Fillmore III
Fillmore Law Firm, L.L.P.
201 Main Street
Suite 801
Fort Worth, TX 76102

Mr. John J. McKetta III
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Austin, TX 78701

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

     No. 20-11216   Brian Umphress v. David Hall
                    USDC No. 4:20-CV-253-P

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Laney L. Lampard, Deputy Clerk
        504-310-7652

Brian Keith Umphress,

    Plaintiff-Appellant,

v.

David C. Hall, in his official capacity as Chair of the State Commission on Judicial Conduct; Janis Holt, in her official capacity as Secretary of the State Commission on Judicial Conduct; David M. Patronella, Darrick L. McGill, Sujeeth B. Draksharam, Ronald Bunch, Valerie Ertz, Frederick C. Tate, M. Patrick Maguire, David Schenck, Steve Fischer, and Clifton Roberson, in their official capacities as Members of the State Commission on Judicial Conduct,

    Defendants-Appellees.