RECEIVED
By Tamara Ellis at 11:48 am, Apr 22, 2021

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 21, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-11216   Umphress v. Hall
               USDC No. 4:20-CV-253-P

The court has granted the motion to file brief out of time in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

Mr. Charles William Fillmore
Mr. Hartson Dustin Fillmore III
Mr. Roland K. Johnson
Mr. Douglas Steward Lang
Mr. Jonathan F. Mitchell
Ms. Karen S. Mitchell
Mr. Ross Reyes
Mr. David R. Schleicher