# United States Court of Appeals
# for the Fifth Circuit

**FILED**
July 6, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

---

No. 20-11216

---

Brian Keith Umphress,

    Plaintiff - Appellant

v.

David C. Hall, in his official capacity as Chair of the State Commission on Judicial Conduct; Janis Holt, in her official capacity as Secretary of the State Commission on Judicial Conduct; David M. Patronella, Darrick L. McGill, Sujeeth B. Draksharam, Ronald Bunch, Valerie Ertz, Frederick C. Tate, M. Patrick Maguire, David Schenck, Steve Fischer, and Clifton Roberson, in their official capacities as Members of the State Commission on Judicial Conduct,

    Defendants - Appellees

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-53-P

---

ORDER:

    IT IS ORDERED that the Appellees' unopposed motion for judicial notice is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT