UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIAN KEITH UMPHRESS,**

   Plaintiff,

v.                                                  **No. 4:20-cv-00253-P**

**DAVID C. HALL, ET AL.,**

   Defendants.

## ORDER

Pending before the Court is the Parties' Joint Motion to Waive In-Person Requirement for the Parties' Scheduling Conference. ECF No. 74. Having reviewed the filing and the relevant law, the Court finds that the Motion should be and hereby is **DENIED.** Like the prior judge, who served on the bench for decades, the Court finds that in-person meet-and-confer conferences are the most effective in all cases.

   **SO ORDERED** on this **31st day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE