UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIAN KEITH UMPHRESS,**

    Plaintiff,

v.                                                          **No. 4:20-cv-00253-P**

**GARY L. STEEL, ET AL.,**

    Defendants.

## ORDER

Before the Court is the Parties' Joint Motion to Expand Mediation. ECF No. 82. The Parties request that the mediation in front of United States Magistrate Judge Ray for the above-captioned case include two state court cases and one federal case filed a few months ago in the Western District of Texas. ECF No. 82 at 1–2. Having reviewed the filing, the Court finds that the Motion should be and is hereby **DENIED.**

The Court finds the request inappropriate and questions how counsel concluded that using federal judicial resources for state court matters would be proper. Even more, focusing solely on the above-captioned case—rather than addressing four cases simultaneously—may better facilitate settlement discussions in a matter filed in 2020.

**SO ORDERED** on this **16th day of April 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE