UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIAN KEITH UMPHRESS,**

Plaintiff,

v. **No. 4:20-cv-0253-P**

**GARY L. STEEL, ET AL,**

Defendant.

# ORDER

The Court received notification that the Parties have settled in the instant dispute and that they must until the Texas Legislature approves the payment. Neither Party anticipates any difficulty in this regard.

Accordingly, the Court directs the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case until further notice by the Court. The Court further **ORDERS** that the Parties prepare and file a joint report no later than two weeks after the payment is approved.

**SO ORDERED** on this **29th day** of **September, 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE